1  **Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  **First Library Square**
**1114 Fremont Avenue**
3  **South Pasadena, CA 91030**

4  **Tel:  626-799-9797**
**Fax:  626-799-9795**
5  **TPRLAW@att.net**

6  **Attorneys for Plaintiff**
**G & G Closed Circuit Events, LLC**

7

8                  **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
9                     **SAN FRANCISCO DIVISION**

10  **G & G CLOSED CIRCUIT EVENTS, LLC,**          **CASE NO. 3:12-cv-06349-CRB**

11

12              **Plaintiff,**                     **PLAINTIFF'S *EX PARTE***
**APPLICATION FOR AN ORDER**
13          **vs.**                                **CONTINUING CASE MANAGEMENT**
**CONFERENCE; AND ORDER**
14  **JOSE ESPINOZA, et al.**

15              **Defendant.**

16

17

18          TO THE HONORABLE CHARLES R. BREYER, THE PARTIES AND THEIR

19  ATTORNEY/S OF RECORD:

20          Plaintiff G & G Closed Circuit Events, LLC, hereby applies *ex parte* for an order continuing

21  the Case Management Conference in this action, presently set for Friday, March 29, 2013 at 8:30 a.m. to

22  a new date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the

23  fact that the Defendant Jose Espinoza have not yet answered Plaintiff's Complaint (despite service of

24  suit papers[1]).

25

26          As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive

27  pleading from the Defendant.  As a result, Plaintiff's counsel has not conferred with the Defendant

28
---
[1] [1] Plaintiff is informed and believes that defendant Jose Espinoza has been served on or about February 27, 2013.

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN**
**ORDER CONTINUING CASE MANAGEMENT**
**CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 3:12-cv-06349-CRB**
**PAGE 1**

1

2   concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the

3   case itself or the preparation of a Case Management Conference Statement.

4

5          **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case

6   Management Conference presently scheduled for Friday, March 29, 2013 to a new date approximately

    thirty (30) to forty-five (45) days forward.

7

8                                                   Respectfully submitted,

9

10

11

12   Dated: March 20, 2013                          */s/ Thomas P. Riley*
                                                    **LAW OFFICES OF THOMAS P. RILEY, P.C.**
13                                                  By: Thomas P. Riley
                                                    Attorneys for Plaintiff
14                                                  G & G Closed Circuit Events, LLC

15

16
     ///
17
     ///
18
     ///
19
     ///
20
     ///
21
     ///
22
     ///
23
     ///
24
     ///
25
     ///
26
     ///
27
     ///
28
     ///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN
ORDER CONTINUING CASE MANAGEMENT
CONFERENCE; AND ORDER (Proposed)
CASE NO. 3:12-cv-06349-CRB
PAGE 2**

## ORDER

It is hereby ordered that the Case Management Conference in civil action number 3:12-cv-06349-CRB styled *G & G Closed Circuit Events, LLC v. Jose Espinoza, et al.*, is hereby vacated.

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

The case management conference is reschedule to May 24, 2013 at 8:30 a.m.

**IT IS SO ORDERED**:

Dated:  March 28, 2013



_____
The Honorable CHARLES R. BREYER
**United States District Judge**
**Northern District of California**

/// 
/// 
/// 
/// 
/// 
/// 
/// 
/// 
/// 
/// 
/// 
/// 
/// 

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 3:12-cv-06349-CRB**
**PAGE 3**