Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE ESPINOZA, et al.<br><br>Defendant. | CASE NO. 3:12-cv-06349-CRB<br><br>PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER |

TO THE HONORABLE CHARLES R. BREYER, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:

Plaintiff G & G Closed Circuit Events, LLC, hereby applies *ex parte* for an order continuing the Case Management Conference in this action, presently set for Friday, March 29, 2013 at 8:30 a.m. to a new date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact that the Defendant Jose Espinoza have not yet answered Plaintiff's Complaint (despite service of suit papers[1]).

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the Defendant.  As a result, Plaintiff's counsel has not conferred with the Defendant

[1] [1] Plaintiff is informed and believes that defendant Jose Espinoza has been served on or about February 27, 2013.

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN
ORDER CONTINUING CASE MANAGEMENT
CONFERENCE; AND ORDER (Proposed)
CASE NO. 3:12-cv-06349-CRB
PAGE 1

1

2   concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the

3   case itself or the preparation of a Case Management Conference Statement.

4

5       WHEREFORE, Plaintiff respectfully requests that this Honorable Court continue the Case

    Management Conference presently scheduled for Friday, March 29, 2013 to a new date approximately

6   thirty (30) to forty-five (45) days forward.

7

8                                           Respectfully submitted,

9

10

11

12   Dated: March 20, 2013                    /s/ Thomas P. Riley
                                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
13                                            By: Thomas P. Riley
                                              Attorneys for Plaintiff
14                                            G & G Closed Circuit Events, LLC

15

16

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

## ORDER

It is hereby ordered that the Case Management Conference in civil action number 3:12-cv-06349-CRB styled *G & G Closed Circuit Events, LLC v. Jose Espinoza, et al.*, is hereby vacated.

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

The case management conference is reschedule to May 24, 2013 at 8:30 a.m.

**IT IS SO ORDERED**:

Dated:  March 28, 2013



_____
The Honorable CHARLES R. BREYER
**United States District Judge**
**Northern District of California**

/// 
/// 
/// 
/// 
/// 
/// 
/// 
/// 
/// 
/// 
/// 
/// 

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed) CASE NO. 3:12-cv-06349-CRB PAGE 3**